UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAURICE EVANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 03-2331 (PLF) |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon consideration of the arguments of the parties, and for the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that [6] defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment is GRANTED; it is

FURTHER ORDERED that judgment is entered for defendants on plaintiff's Due Process/Property Interest claim (Count One); it is

FURTHER ORDERED that plaintiff's Due Process/Liberty Interest claim (Count One) is DISMISSED; it is

FURTHER ORDERED that plaintiff's claims of Intentional Infliction of Emotional Distress (Count Two) and Defamation (Count Three) are DISMISSED; it is

FURTHER ORDERED that this case is DISMISSED from the docket of this Court; and it is

FURTHER ORDERED that this Order and Judgment shall constitute a FINAL JUDGMENT in this case.  This is a final appealable order.  See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: September 27, 2005